

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 25, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/28/24__

<u>VIA ECF</u>
Hon. Valerie Caproni
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *Kourouma, et al. v. Garland, et al.,* No. 24 Civ. 6105 (VEC)

Dear Judge Caproni:

    This Office represents the government in this action in which the plaintiffs seek an order compelling the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Alien Relative (Form I-130) and (as yet unfiled) Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, I write respectfully to request a thirty-day adjournment of the initial pretrial conference scheduled for November 1, 2024, at 10 a.m., to a time a date and time on or after December 2, 2024, that is convenient to the parties and to the Court.

    First, the parties apologize for overlooking the deadline for filing the joint letter and case management plan due yesterday.

    Today, the USCIS informed this Office that a Request for Evidence has been issued and that an interview has been scheduled concerning the Form I-130.  I have provided copies of the notices to opposing counsel.  This extension of time will allow the parties to explore the possibility of the resolution of this matter without need of further litigation in light of these developments.  This is the government's first request for an adjournment of the conference.  Plaintiffs consent to this request.

    I thank the Court for its consideration of this request.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

By:    s/ *Leslie A. Ramirez-Fisher*
        LESLIE A. RAMIREZ-FISHER
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-0378
        E-mail: leslie.ramirez-fisher@usdoj.gov
        *Attorney for Defendants*

Page 2

cc: Counsel of record (via ECF)

> Application GRANTED. The Initial Pretrial Conference scheduled for Friday, November 1, 2024, at 10:00 A.M. is ADJOURNED to **Friday, December 13, 2024, at 10:00 A.M.** The parties are directed to confer and re-submit a single joint letter and proposed case management plan in accordance with the instructions in the Court's Order at Dkt. 6 by not later than **Thursday, December 5, 2024**.
>
> SO ORDERED.
>
> *[signature: Valerie Caproni]*   10/28/24
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE